EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Nicolás Díaz Ruiz | 2013 TSPR 44<br><br>188 DPR ____ |

Número del Caso: TS-4103

Fecha: 17 de abril de 2013

Materia: Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nicolás Díaz Ruiz          TS-4103


RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de abril de 2013.

A la moción en solicitud para reinstalación de la notaría de Puerto Rico, presentada por el Lcdo. Nicolás Díaz Ruiz, con lugar. Se autoriza su admisión al ejercicio de la notaría en Puerto Rico. Claro está, primero debe cumplir con lo relativo a la fianza notarial, según dispuesto en el Art. 7 de la Ley Núm. 75 de 2 de julio de 1987, conocida como Ley Notarial de 1987, 4 L.P.R.A. sec. 2011.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo